1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARK A. LIZARRAGA, Bar #186240
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   ALAN CARL NICOLL

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   No. 1:06-cr-368 AWI
                                         )
12              Plaintiff,               )   STIPULATION TO VACATE MOTIONS
                                         )   SCHEDULE TO BE RESET BY COURT;
13      v.                               )   CONTINUE STATUS CONFERENCE; AND
                                         )   ORDER THEREON
14  ALAN CARL NICOLL,                    )
                                         )   Date : February 5, 2007
15              Defendant.               )   Time: 9:00 a.m.
    _____)   Dept : Hon. Anthony W. Ishii
16

17          **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the Motions Schedule, in the above captioned matter, is hereby vacated, to

19  be reset by the Court;

20          **IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective

21  attorneys of record herein, that the Status Conference hearing in the above captioned matter, scheduled for

22  January 22, 2007,  may be continued to **February 5, 2007 at 9:00 a.m.**

23          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

24  justice, including but not limited to, the need for the period of time set forth herein for effective defense

25  ///

26  ///

27  ///

28  ///

1   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2          DATED:  January 17, 2007                  MCGREGOR W. SCOTT
                                                         United States Attorney

3

4

5                                                    By /s/ David L. Gappa
                                                  DAVID L. G APPA

6                                                     Assistant U.S. Attorney
                                                  Attorney for Plaintiff

7

8          DATED: January 17, 2007                  DANIEL J. BRODERICK
                                                      Federal Defender

9

10                                                 By  /s/ Mark A. Lizárraga

11                                                    MARK A. LIZÁRRAGA
                                                  Assistant Federal Defender

12                                                    Attorney for Defendant

13                                            **O R D E R**

14         IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15  3161(h)(8)(A) and 3161(h)(B)(iv).

16

17  IT IS SO ORDERED.

18  **Dated:    January 19, 2007**                    **/s/ Anthony W. Ishii**
   0m8i78                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Stipulation to Vacate Motions Schedule to be
Reset by the Court; Continue Status
Conference Hearing