DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALAN CARL NICOLL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-368 AWI |
| Plaintiff, | *AMENDED* STIPULATION TO CONTINUE STATUS CONFERENCE  HEARING; AND ORDER THEREON |
| v. | |
| ALAN CARL NICOLL, | Date :  April 16, 2007 |
| Defendant. | Time:  9:00 a.m. |
| | Dept :  Hon. Anthony W. Ishii |

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the Status Conference hearing in the above captioned matter, scheduled for

March 5, 2007,  may be continued to **April 16, 2007 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

///

1   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2          DATED:  March 1, 2007                    MCGREGOR W. SCOTT
                                                    United States Attorney
3

4

5                                           By /s/ David L. Gappa
                                               DAVID L. G APPA
6                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff
7

8          DATED: March 1, 2007                     DANIEL J. BRODERICK
                                                    Federal Defender
9

10                                          By  /s/ Victor M. Chavez
                                               VICTOR M. CHAVEZ
11                                             Assistant Federal Defender
                                               Attorney for Defendant
12

13                           **O R D E R**

14          IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15   3161(h)(8)(A) and 3161(h)(B)(iv).

16

17   IT IS SO ORDERED.

18   **Dated:    March 2, 2007**                    /s/ Anthony W. Ishii
19   0m8i78                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28