```
McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>ALAN CARL NICOLL,<br><br>             Defendant. | CR. F-06-00368 AWI<br><br>STIPULATION TO RESCHEDULE<br>FILING AND HEARING DATES<br><br>DATE: November 26, 2007<br>TIME: 9:00 a.m.<br>PLACE: Courtroom Two<br>HON: Anthony W. Ishii |

     The parties have agreed to modify the dates relevant to sentencing in this case.  Informal objections to the presentence report and recommendation will now be due on November 5, 2007, and formal objections to the presentence report will be due by November 12, 2007.  The sentencing for this matter will be on November 26, 2007.  The parties request that the court reschedule the hearing to that date and time.

```
Dated:    October 30, 2007          Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ David L. Gappa
                                By: DAVID L. GAPPA
                                    Assistant U.S. Attorney

                                    /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ
                                    Counsel for Alan Carl Nicoll
```

1

**ORDER**

The court has reviewed and considered the stipulation of the parties to move the dates for filing objections and the sentencing for this case.  Informal objections to the presentence report and investigation are now due November 5, 2007, and formal objections are due by November 12, 2007.  The sentencing will take place on November 26, 2007.

IT IS SO ORDERED.

**Dated:   November 2, 2007**             /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE