# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-CR-00368-1-NONE |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| ALAN CARL NICOLL, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Emily de Leon is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 4, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __March 9, 2020__      __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE