McGREGOR W. SCOTT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00368-NONE |
|---|---|
| Plaintiff | STIPULATION REGARDING NEW STATUS CONFERENCE DATE; FINDINGS AND ORDER |
| VS. | DATE: April 27, 2020 |
| ALAN CARL NICOLL, | TIME: 2:00 p.m. |
| Defendant. | COURT: Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, the status conference for the above-captioned defendant was set for April 27, 2020.

2. By this stipulation, the parties now move to continue the next status conference hearing until May 26, 2020.

3. The parties stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to prepare for the next hearing and consult with his client. Counsel has been engaged in an ongoing, complex homicide trial and has other cases that have required his attention. Defense counsel's access to the defendant at the Fresno County Jail also has been made more difficult due to protocols in place since the COVID-

1

19 pandemic has become more widespread in Fresno.

   b) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  April 23, 2020        McGREGOR W. SCOTT
                 United States Attorney

                 /s/ DAVID L GAPPA
                 DAVID L GAPPA
                 Assistant United States Attorney

Dated:  April 23, 2020        /s/ RICHARD BESHWATE
                 RICHARD BESHWATE
                 Counsel for Defendant
                 ALAN NICOLL

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation of the parties filed on April 23, 2020. Because defense counsel has not been able to meet and prepare with his client due to an ongoing homicide trial, and to conserve court and U.S. Marshals Service resources, the court continues the next status conference from April 27, 2020, to May 26, 2020, at 2:00 p.m. before the duty magistrate judge. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **April 24, 2020**                 
                 UNITED STATES MAGISTRATE JUDGE