HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
ALAN CARL NICOLL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:06-CR-00368-ADA |
| | ) |
| *Plaintiff,* | ) **MOTION TO CONTINUE SENTENCING** |
| | ) **HEARING** |
| vs. | ) |
| | ) Date:   November 7, 2022 |
| ALAN CARL NICOLL, | ) Time:  8:30 a.m. |
| | ) Judge: Hon. Ana de Alba |
| *Defendant.* | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant

Federal Defender Griffin Estes, counsel for defendant Noel Nicoll, that the sentencing hearing

currently scheduled in the above-captioned matter for October 17, 2022, at 8:30 a.m., before the

Honorable Ana de Alba, be continued to November 7, 2022, at 8:30 a.m., for a sentencing

hearing.

Mr. Nicoll admitted a violation of his supervised release on September 20, 2022. ECF

Dckt. # 60. Sentencing was set for October 17, 2022. *Id*. Undersigned counsel for Mr. Nicoll is

in the process of obtaining records relevant for sentencing and requires additional time to

proceed in this matter. Accordingly, for these reasons, the parties request that the sentencing

hearing currently set in this case for Monday, October 17, 2022, be continued to Monday,

November 7, 2022, so that the parties have sufficient time to prepare for a sentencing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

Date: October 6, 2022

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 6, 2022

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
ALAN NICOLL

# O R D E R

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, October 17, 2022, at 8:30 a.m. be continued to Monday, November 7, 2022, at 8:30 a.m., for a sentencing hearing.

IT IS SO ORDERED.

Dated:   October 7, 2022

_____
UNITED STATES DISTRICT JUDGE